IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RAFAEL ORTIZ ESPADA
XXX-XX-1423

Debtor(s)

CASE NUMBER: 12-08121 MCF

CHAPTER 7

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULES "E" & "F"**

**TO THE HONORABLE COURT:**

    **COMES NOW, JOSE RAFAEL ORTIZ ESPADA,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

    1. The debtor hereby amends Schedules "E" & "F" to previously filed schedules "E" & "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include a secured and priority creditor named Departamento de Hacienda, postal address PO Box 9024140, San Juan, PR 00902-4140 and unsecured creditors named: AT&T Services, Inc. balance owed $986.67, postal address PO Box 537104, Atlanta, GA 30353-7104 and T-Mobile balance owed $900.18, postal address PO Box 742596, Cincinnati, OH 45274-2596.*

    2. Attached to this motion debtor respectfully submits Amended Schedules "E" & "F" and an Amended Master Address List.

    **WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

1

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**: Be advised that in asset cases, notice is required informing the creditor of its right to file a Proof of Claim within ninety (90) days of service of the documents required by LBR 1009, or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bankr. P. 9006(c) and ordered by the Court; and in a chapter 7 case, a notice informing the creditor of its right to file complaints under 11 U.S.C. §§ 523 and 727, and objections to the debtor's claim of exemptions, within sixty (60) days of service of the papers required by LBR 1009, or within the time set for previously scheduled creditors to file those complaints or objections, whichever is later. It is also advised, that the extensions of deadlines granted by LBR 1009 apply only to those creditors added by amendment. Creditors added after the § 341 meeting of creditors has commenced are entitled to reconvene the 341 meeting, upon request to the United States Trustee, unless the Court orders otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the none CM/ECF participants: debtor(s), José Rafael Ortiz Espada, postal address, PO Box 9977, Cidra, PR 00739; to the creditor affected by the amendment: Departamento de Hacienda, postal address PO Box 9024140, San Juan, PR 00902-4140; AT&T Service, Inc., postal address PO Box 537104, Atlanta, GA 30353-7104 and T-Mobile postal address PO Box 742596, Cincinnati, OH 45274-2596 and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 1 day of May, 2014.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

2

B6E (Official Form 6E) (04/13)

IN RE <u>ORTIZ ESPADA, JOSE RAFAEL</u>                     Case No. <u>3:12-bk-8121</u>
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u> continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE ORTIZ ESPADA, JOSE RAFAEL                         Case No. 3:12-bk-8121
                    Debtor(s)                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1423<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | Tax 2008 | | | | 167.00 | 167.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 167.00  $ 167.00  $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 167.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 167.00  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE ORTIZ ESPADA, JOSE RAFAEL                                          Case No. 3:12-bk-8121
                      Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3637<br>AEE<br>PO BOX 363508<br>SAN JUAN, PR  00936-3508 | | | Open account opened 12/99 | | | | 1,519.00 |
| ACCOUNT NO. 3001<br>AES/PHEAA<br>USEFG/ BANK OF NY ELT<br>1200 N 7TH ST<br>HARRISBURG, PA  17102 | | | Open account opened 12/09 | | | | 16,822.00 |
| ACCOUNT NO.<br>ECMC<br>1 IMATION PL<br>SAINT PAUL, MN  55128-3422 | | | Assignee or other notification for:<br>AES/PHEAA | | | | |
| ACCOUNT NO. 3003<br>AES/PHEAA<br>USEFG/ BANK OF NY ELT<br>1200 N 7TH ST<br>HARRISBURG, PA  17102 | | | Open account opened 12/09 | | | | 11,092.00 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 29,433.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ ESPADA, JOSE RAFAEL
Debtor(s)

Case No. 3:12-bk-8121
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ECMC<br>1 IMATION PL<br>SAINT PAUL, MN 55128-3422 | | | Assignee or other notification for:<br>AES/PHEAA | | | | |
| ACCOUNT NO. 3004<br>AES/PHEAA<br>USEFG/ BANK OF NY ELT<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | | | Open account opened 12/09 | | | | 7,689.00 |
| ACCOUNT NO.<br>ECMC<br>1 IMATION PL<br>SAINT PAUL, MN 55128-3422 | | | Assignee or other notification for:<br>AES/PHEAA | | | | |
| ACCOUNT NO. 3005<br>AES/PHEAA<br>USEFG/ BANK OF NY ELT<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | | | Open account opened 12/09 | | | | 8,575.00 |
| ACCOUNT NO.<br>ECMC<br>1 IMATION PL<br>SAINT PAUL, MN 55128-3422 | | | Assignee or other notification for:<br>AES/PHEAA | | | | |
| ACCOUNT NO. 3002<br>AES/PHEAA<br>US BANK ELT USEFC<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | | | Open account opened 12/09 | | | | 3,259.00 |
| ACCOUNT NO.<br>ECMC<br>1 IMATION PL<br>SAINT PAUL, MN 55128-3422 | | | Assignee or other notification for:<br>AES/PHEAA | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 19,523.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ ESPADA, JOSE RAFAEL
Debtor(s)

Case No. 3:12-bk-8121
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1423 ASOCIACION EMPLEADOS ELA PO BOX 364508 SAN JUAN, PR 00936-4508 | | | | | | | 1,888.99 |
| ACCOUNT NO. 9643 AT &T SERVICES, INC PO BOX 537104 ATLANTA, GA 30353-7104 | | | Cellular Bill | | | | 986.67 |
| ACCOUNT NO. 9617 BANK OF AMERICA PO BOX 17054 WILMINGTON, DE 19850 | | | Revolving account opened 7/02 | | | | 8,028.00 |
| ACCOUNT NO. 4746 COLLECTION SPRINT 700 LONGWATER DRIVE NORWELL, MA 02061 | | | Open account opened 7/06 | | | | 112.00 |
| ACCOUNT NO. 1423 DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | Tax 1999 | | | X | 1,826.00 |
| ACCOUNT NO. 1261 FREEDOM FURNITURE & ELECTRONICS CENTRAL RECOVERY DEPARTMENT 1150 E. LITTLE CREEK ROAD NORFOLK, VA 23518 | | | | | | | 404.10 |
| ACCOUNT NO. 0136 HOSPITAL EPISCOPAL SAN LUCAS PONCE PO BOX 6810 PONCE, PR 00733-6810 | | | | | | | 1,055.50 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,301.26

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ ESPADA, JOSE RAFAEL                                      Case No. 3:12-bk-8121
                    Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0096<br>HSBC/TAX<br>90 CRHISTIANA ROAD<br>NEW CASTLE, DE 19720 | | | Open account opened 2/04 | | | | 4,771.00 |
| ACCOUNT NO. R24M<br>INTER AMERICANA<br>PO BOX 363255<br>SAN JUAN, PR 00936 | | | Installment account opened 6/08 | | | | 1,080.00 |
| ACCOUNT NO. 1423<br>INTERNAL REVENUE SERVICE<br>BOX 21126<br>PHILADELPHIA, PA 19114-0326 | | | Tax 2003 | | | | 962.40 |
| ACCOUNT NO. 0831<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | | | Installment account opened 8/09 | | | | 3,485.00 |
| ACCOUNT NO. 0831<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | | | Installment account opened 8/09 | | | | 2,847.00 |
| ACCOUNT NO. 4876<br>T MOBILE<br>PO BOX 742596<br>CINCINNATI, OH 45274-2596 | | | Cellular Bill | | | | 900.18 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,045.58

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 77,302.84

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE ORTIZ ESPADA, JOSE RAFAEL                                   Case No. 3:12-bk-8121
                         Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  Sch E y F

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __8__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 1, 2014**          Signature: **/s/ JOSE RAFAEL ORTIZ ESPADA**
                                          **JOSE RAFAEL ORTIZ ESPADA**                                    Debtor

Date: _____         Signature: _____
                                                                                         (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____         Signature: _____

                                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ORTIZ ESPADA, JOSE RAFAEL
PO BOX 9977
CIDRA, PR 00739

ECMC
1 IMATION PL
SAINT PAUL, MN 55128-3422

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

FREEDOM FURNITURE & ELECTRONICS
CENTRAL RECOVERY DEPARTMENT
1150 E. LITTLE CREEK ROAD
NORFOLK, VA 23518

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

HOSPITAL EPISCOPAL SAN LUCAS PONCE
PO BOX 6810
PONCE, PR 00733-6810

AES/PHEAA
US BANK ELT USEFC
1200 N 7TH ST
HARRISBURG, PA 17102

HSBC/TAX
90 CRHISTIANA ROAD
NEW CASTLE, DE 19720

AES/PHEAA
USEFG/ BANK OF NY ELT
1200 N 7TH ST
HARRISBURG, PA 17102

INTER AMERICANA
PO BOX 363255
SAN JUAN, PR 00936

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

INTERNAL REVENUE SERVICE
BOX 21126
PHILADELPHIA, PA 19114-0326

AT &T SERVICES, INC
PO BOX 537104
ATLANTA, GA 30353-7104

SALLIE MAE
PO BOX 9500
WILKES BARRE, PA 18773-9500

BANK OF AMERICA
PO BOX 17054
WILMINGTON, DE 19850

T MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596

COLLECTION
SPRINT
700 LONGWATER DRIVE
NORWELL, MA 02061

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140